IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-rj-00014-MEH

CARSEY-WERNER DISTRIBUTION, LLC,

    Plaintiff,

v.

TELEWIZJA POLSAT, S.A., a Polish business entity, form unknown, and
PAI-MEDIA, S.A., a Polish business entity,

    Defendants.

---

## ORDER

---

THIS MATTER having come before the Court upon Plaintiff's Motion for Withdrawal of Funds [filed December 9, 2008; docket #22],

IT IS HEREBY ORDERED that Plaintiff's motion is **granted**. The Clerk of the Court is directed to release funds currently held in the registry in the amount of $53,505.52 by a check made payable to the Plaintiff, Carsey-Werner Distribution, LLC, and to mail the check to Plaintiff's counsel at the address on record.

It is so ORDERED and entered this 10th day of December, 2008.

                      BY THE COURT:

                      s/ Michael E. Hegarty
                      Michael E. Hegarty
                      United States Magistrate Judge