IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-rj-00014-MEH

CARSEY-WERNER DISTRIBUTION, LLC,

      Plaintiff,

v.

TELEWIZJA POLSAT, S.A., a Polish business entity, form unknown, and
PAI-MEDIA, S.A., a Polish business entity,

      Defendants.

---

# ORDER

THIS MATTER having come before the Court upon Plaintiff's Motion for Withdrawal of Funds for the January 2009 Writ [filed April 30, 2009; docket #57],

IT IS HEREBY ORDERED that Plaintiff's motion is **granted**. The Clerk of the Court is directed to release funds currently held in the registry in the amount of $5,000.00 as follows:

1. A check in the amount of $4,791.95 made payable to the Plaintiff, Carsey-Werner Distribution, LLC, and to mail the check to Plaintiff's counsel at the address on record.

2. A check in the amount of $208.05 made payable to the Judgment Debtors Telewizja Polsat S.A. and PAI-Media S.A. and to mail the check to:

   > Telewizja Polsat S.A. and PAI-Media S.A.
   > at ul. Ostrobramska 77, 3rd Floor
   > 04-175 Warszawa
   > Poland

It is so ORDERED and entered this 30th day of April, 2009.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge