IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-rj-00014-MEH

CARSEY-WERNER DISTRIBUTION, LLC,

    Plaintiff,

v.

TELEWIZJA POLSAT, S.A., a Polish business entity, form unknown, and
PAI-MEDIA, S.A., a Polish business entity,

    Defendants.

## ORDER

THE COURT, upon review of Plaintiff Carsey-Werner Distribution, LLC's Satisfaction of Judgment and Motion for Dismissal with Prejudice [filed May 13, 2009; docket #62] hereby GRANTS the motion, and

IT IS HEREBY ORDERED that the Clerk of the Court shall make a record of full satisfaction of this judgment; and

IT IS FURTHER ORDERED that this matter is dismissed with prejudice, with all parties to pay their respective costs and fees.

DATED this 15th day of May, 2009, in Denver, Colorado.

                        BY THE COURT:

                        s/ Michael E. Hegarty
                        Michael E. Hegarty
                        United States Magistrate Judge